PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

### Report on Individual Under Supervision

Name of Individual Under Supervision: Andrew Knox                    Cr.: 21-00682-001
                                                                      PACTS #: 6277173

Name of Sentencing Judicial Officer:    THE HONORABLE JOHN MICHAEL VAZQUEZ
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/31/2022

Original Offense:   Count One: Conspiracy to Distribute Controlled Substance, 18 U.S.C. § 846; a Class C Felony

Original Sentence: 36 months imprisonment, 3 years supervised release

Special Conditions: Special Assessment, Substance Abuse Testing and Treatment, Gang/Criminal Associations, Mental Health Treatment, Life Skills/Education

Type of Supervision: Supervised Release                    Date Supervision Commenced: 02/17/2023

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The individual under supervision has violated the mandatory supervision condition which states **'You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.'** |
|   | On May 23, 2023, Mr. Knox called the undersigned officer while he was meeting with his counselor at Trinitas Hospital. He admitted that he used cocaine on May 20, 2023. |

U.S. Probation Officer Action:
Mr. Knox was sentenced before Your Honor on March 31, 2022, to 36 months imprisonment and a three-year term of supervised release for Conspiracy to Distribute Controlled Substance. Supervision commenced on February 17, 2023. Mr. Knox resides in Newark, New Jersey with his adult children and granddaughter. He has been receiving Social Security disability income since 2014, due to his mental health.

We are now writing to inform Your Honor that Mr. Knox admitted to a relapse in May 2023. While he was incarcerated for the instant offense, his 17-year-old daughter was shot and killed. Mr. Knox admitted he is having a difficult time grieving her death.

Mr. Knox has been attending mental health treatment at Trinitas Hospital since February 2023. Due to his recent relapse and need for additional support, his treatment was increased to a co-occurring partial

Prob 12A – page 2
Andrew Knox

hospitalization on June 13, 2023. He attends treatment on Monday, Tuesday, and Thursday from 9am-12pm, in addition to weekly individual counseling sessions.

The probation office will continue to monitor Mr. Knox's compliance by conducting random urinalysis testing and verifying his participation and attendance in co-occurring treatment. Currently, we are respectfully requesting no judicial action.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   IVETTELIS PEREZ
Senior U.S. Probation Officer

/ ip

APPROVED:

_____   June 26, 2023
CARRIE H. BORONA              Date
Supervising U.S. Probation Officer

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

6/27/2023
Date